UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Z.T., *a minor, by and through his guardian ad litem*, MACY McCOY; MACY McCOY, *an individual*, and DEMMARI THOMAS, *an individual*,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant,

Case No. 1:26-cv-01461-JLT-HBK

ORDER REQUIRING PLAINTIFF MACY McCOY TO MOVE FOR APPOINTMENT OF GUARDIAN AD LITEM

Plaintiffs Z.T., Macy McCoy and Demmari Thomas, proceed on the Complaint filed February 19, 2026 (Doc. 1). The Complaint identifies Plaintiff Z.T., a minor, as proceeding by and through his *guardian ad litem*, Macy McCoy. (*Id.* at 1). As of the date of this Order, no motion seeking appointment of a *guardian ad litem* has been filed. Pursuant to Local Rule 202(a):

> Upon commencement of an action or upon initial appearance in defense of an action by or on behalf of a minor or incompetent person, the attorney representing the minor or incompetent person shall present (1) appropriate evidence of the appointment of a representative for the minor or incompetent person under state law or (2) a motion for the appointment of a guardian ad litem by the Court, or, (3) a showing satisfactory to the Court that no such appointment is necessary to ensure adequate representation of the minor or incompetent person. *See* Fed. R. Civ. P. 17(c).

Accordingly, within fourteen (14) days of the date of this Order, Plaintiff Macy McCoy shall move to be appointed as *guardian ad litem* for Plaintiff Z.T.

Dated: September 16, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE