UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Z.T., *a minor, by and through his guardian ad litem*, MACY McCOY; MACY McCOY, *an individual*, and DEMMARI THOMAS, *an individual*,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant,

Case No. 1:26-cv-01461-JLT-HBK

ORDER GRANTING IN PART PARTIES' REQUEST FOR APPROVAL OF STIPULATED PROTECTIVE ORDER

(Doc. 12)

Pending before the Court is the parties' request for approval of their proposed stipulated protective order. (Doc. 12). The proposed order does not satisfy the specificity requirement of Local Rule 141.2(c).

The proposed order defines "CONFIDENTIAL" to include documents containing "confidential and private information pertaining to medical or other private information." (Doc. 12 at 2.I.A., emphasis added). This definition is vague and overly broad. To the extent discernible, the parties intend to limit the designation to "medical information, personal identifiers, or information protected by statute." (*See id*. at 2:8-9).

Accordingly, the Court approves the proposed stipulated protective order only to the extent that it defines "Confidential Information" as follows:

"Confidential Information" means only: (i) medical information, medical records, or protected health information concerning an identifiable individual; (ii) personally identifiable

information ("PII") contained in a document where applicable federal or state law requires that PII to be kept confidential, protected, redacted, or otherwise restricted from disclosure; and (iii) documents or information that an applicable federal or state statute, regulation, or rule expressly makes confidential or subject to privacy protection. No other document, information, or material will be treated as Confidential Information based solely on a party's unilateral designation.

Accordingly, IT IS ORDERED:

1. The parties' request for approval of the proposed stipulated protective order (Doc. 12) is GRANTED IN PART.
2. The proposed stipulated protective order is approved only insofar as "Confidential Information" is defined as set forth above.

Dated: September 16, 2026

Helena M. Barch-Kuchta
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE