UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Z.T. a minor, *by and through his guardian ad litem*,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | Case No. 1:26-cv-01461-JLT-HBK<br>ORDER GRANTING AMENDED APPLICATION FOR APPOINTMENT OF GUARDIAN AD LITEM<br>(Doc. 17) |

On October 30, 2026, Macy McCoy, through counsel, filed an amended application for appointment as guardian ad litem for her minor child, Plaintiff, Z.T. (Doc. 17). The application is supported by declarations from McCoy and her attorney, Carl A. McMahan. (*Id.* at 3, 5-6). For the reasons below, the Court grants the application.

Federal Rule of Civil Procedure 17 provides for representations of minors in litigation. Fed. R. Civ. P. 17(c). Local Rule 202(a) requires counsel representing a minor to seek appointment of a guardian ad litem or demonstrate that no appointment is necessary to ensure adequate representation.

Appointment of a guardian ad litem is not a mere formality. A guardian "is authorized to act on behalf of his ward and may make all appropriate decisions in the course of specific litigation." *United States v. 30.64 Acres of Land, More or Less, Situated in Klickitat Cty., State of Wash.*, 795 F.2d 796, 805 (9th Cir. 1986). The appointment serves to "safeguard the interests of

litigants who are minors." *Robidoux v. Rosengren*, 638 F.3d 1177, 1181 (9th Cir. 2011). Although a guardian ad litem need not possess any special qualifications, the guardian must "be truly dedicated to the best interests of the person on whose behalf he seeks to litigate." *AT&T Mobility, LLC v. Yeager*, 143 F.Supp.3d 1042, 1053-54 (E.D. Cal. 2015) (citations omitted).

McCoy is Z.T.'s mother, has custody of him, and resides with him. (Doc. 17). The Court finds no apparent conflict of interest or any other circumstances indicating that her appointment would be country to Z.T.'s best interests. To the contrary, courts recognize a parent has a "basic right" to make decision about their children's care. *Troxel v. Granville*, 530 U.S. 57, 66 (2000).

Accordingly, it is ORDERED:

1. The amended application for appointment of a guardian ad litem (Doc. 17) is GRANTED.
2. Macy McCoy is appointed guardian ad litem for Plaintiff Z.T. in this action.

Dated: November 3, 2026

Helena M. Barch-Kuchta

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE